A CERTIFIED TRUE COPY

DEC 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 10 2007

FILED
CLERK'S OFFICE

FILED
08 JAN -7 AM 10: 41

CLERK
U.S. DISTRICT OF OHIO
CLEVELAND

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ORTHO EVRA PRODUCTS LIABILITY
LITIGATION

MDL No. 1742

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-61)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 715 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ORTHO EVRA PRODUCTS LIABILITY
LITIGATION

MDL No. 1742

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **COLORADO** | |
| CO 1 07-2368 | Amanda Odom v. Johnson & Johnson, et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 07-6384 | Allison Kidder v. Johnson & Johnson, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-817 | Connie Lager, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 07-8851 | Irma Woodard, etc. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| LAE 2 07-8852 | Charlene Knapp, etc. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **MINNESOTA** | |
| MN 0 07-4440 | Shawnice Adams, et al. v. Johnson & Johnson, et al. |
| MN 0 07-4592 | Damaris Gracias v. Johnson & Johnson, et al. |
| MN 0 07-4594 | Desiree Pederson v. Johnson & Johnson, et al. |
| MN 0 07-4630 | Monica Angela Stout v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 07-4631 | Christal S. Sikes v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 07-4637 | Lisa A. Byers-Lawson v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 07-4640 | Amy Hice v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW JERSEY** | |
| NJ 3 07-5145 | Shearelle Johnson v. Johnson & Johnson, et al. |
| NJ 3 07-5146 | Rebecca Mathews v. Johnson & Johnson, et al. |
| NJ 3 07-5147 | Krishna Gil v. Johnson & Johnson, et al. |
| NJ 3 07-5148 | Latonya Darrisaw v. Johnson & Johnson, et al. |
| NJ 3 07-5149 | Somer Martinez v. Johnson & Johnson, et al. |
| NJ 3 07-5150 | Jennifer Ann Zier-Sajnani v. Johnson & Johnson, et al. |
| NJ 3 07-5216 | Angela Britt, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5217 | Yerinita T. Curtis v. Johnson & Johnson, et al. |
| NJ 3 07-5227 | Shelly Maddocks, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5228 | Beth Kellam, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5229 | LaShonda Denise Carson v. Johnson & Johnson, et al. |
| NJ 3 07-5230 | Patricia Alvarez v. Johnson & Johnson, et al. |
| NJ 3 07-5231 | Myeka Reese v. Johnson & Johnson, et al. |
| NJ 3 07-5237 | Emily Rice v. Johnson & Johnson, et al. |
| NJ 3 07-5238 | Danette Salazar v. Johnson & Johnson, et al. |
| NJ 3 07-5239 | Gloria Hutton v. Johnson & Johnson, et al. |

**MDL No. 1742 - Schedule CTO-61 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW JERSEY** | |
| NJ 3 07-5240 | Michelle Lee Luper v. Johnson & Johnson, et al. |
| NJ 3 07-5241 | Melissa Woods, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5242 | Sarah Hughes, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5243 | Kimberly DeFilippo, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5312 | Lynda Wilson-Wakefield, et al. v. Johnson & Johnson, et al. |
| NJ 3 07-5342 | Mariska Nelson v. Johnson & Johnson, et al. |
| **OHIO SOUTHERN** | |
| OHS 2 07-1155 | Angela Embrey v. Johnson & Johnson, et al. |
| OHS 2 07-1166 | Kelsey Gregory v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC 4 07-3699 | Danielle Reaves v. Johnson & Johnson, et al. |
| **VIRGINIA WESTERN** | |
| VAW 3 07-61 | Kathleen Hernandez v. Johnson & Johnson, et al. |
| VAW 5 07-106 | Jennifer Bosserman v. Johnson & Johnson, et al. |
| VAW 7 07-547 | Jill Mollohan v. Johnson & Johnson, et al. |

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk